# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
APR 30 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

KENDELL TURNER,

CR26 00202 YGR

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

Foreman

Filed in open court this 30th day of

April, 2026.

Clerk

Bail, $ No Bail - Warrant

Hon. Kandis A. Westmore, U.S. Magistrate Judge

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED
APR 30 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

YGR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENDELL TURNER,<br>Defendant. | CASE NO. CR26 00202<br>VIOLATION:<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;<br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

# INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about January 28, 2026, in the Northern District of California, the defendant,

KENDELL TURNER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Bushmaster Firearms, Carbon 15, 556 caliber rifle, bearing serial number BK3003503, and loaded with twenty-seven (27) rounds of ammunition, namely, twenty-two (22) rounds of Lake City 5.56 x 45 millimeter NATO ammunition, one round of (1) Federal .223 caliber Remington ammunition, and four (4) rounds of IMG 5.56 x 45 millimeter ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

<u>FORFEITURE ALLEGATION</u>: (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

KENDELL TURNER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

a. One (1) Bushmaster Firearms, Carbon 15 rifle, 556 caliber, bearing serial number BK3003503, and equipped with a scope and blue laser;

b. Twenty-seven (27) rounds of ammunition, namely, twenty-two (22) rounds of Lake City 5.56 x 45 millimeter NATO ammunition, one round of (1) Federal .223 caliber Remington ammunition, and four (4) rounds of IMG 5.56 x 45 millimeter ammunition, which was loaded into the Bushmaster rifle;

c. One (1) privately made rifle with a chrome lower receiver and black upper receiver;

d. One (1) gray brace converter;

e. One (1) magazine loaded into the converter with multiple rounds of .40 caliber ammunition, weighing approximately .6 pounds.

f. One (1) black rifle upper with bolt and charging handle;

g. Two (2) thirty (30)-round metal magazines for .223 / 5.56 ammunition, weighing approximately two pounds;

h. One (1) P-Mag, thirty (30)-round magazine for 5.56 ammunition;

i. Two Glock (2) ten (10)-round magazines, which were fully loaded with .40 caliber ammunition;

j. One (1) clear Ziplock bag containing multiple rounds of .45 ammunition and weighing approximately 1.8 pounds;

k. One (1) clear Ziplock bag containing ten (10) rounds of WOLF, .223 ammunition;

l. One (1) bag containing one (1) nine (9) round capacity magazine and twelve (12) rounds of .40 caliber ammunition;

m. One (1) piece of green camouflage body armor; and

n. One (1) bottle of Hoppe's gun lubricant.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: April 30, 2026

A TRUE BILL.

FOREPERSON

CRAIG H. MISSAKIAN
United States Attorney

/s/ Benjamin Kleinman
BENJAMIN K. KLEINMAN
Assistant United States Attorney